FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 FEB 26 PM 3:20
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GERARD J. PUGH, )
)
    Plaintiff, )
)
v. ) CASE NO. CV419-251
)
DETECTIVE MICHAEL L. GREEN, )
DETECTIVE JOHN BEST, DETECTIVE )
GREG THOMAS, and SAVANNAH POLICE )
DEPARTMENT, )
)
    Defendants. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation. (Doc. 9.) Although Plaintiff did not file objections, he filed a Motion for Reconsideration which the Court construes as objections. (Doc. 10.) In his application to proceed in forma pauperis, Plaintiff claims to earn $1,100 in wages biweekly and claims to have no living expenses. (Doc. 2.) However, in his Motion for Reconsideration, Plaintiff argues that he should be allowed to proceed in forma pauperis because his monthly expenses actually total $1,930. (Doc. 10 at 2.)

Although Plaintiff may owe $1,930 per month, his disclosed assets and monthly wages indicate that Plaintiff is not indigent. Notably, Plaintiff was able to pay the filing fee in his other case. (CV419-250, Doc. 17.). As a result, Plaintiff's Motion for Reconsideration (Doc. 10) is **DISMISSED** and the report and

recommendation (Doc. 9) is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's application to proceed in forma pauperis is **DENIED**. Plaintiff has **twenty-one (21) days** from the date of this Order to pay the $400.00 filing fee. Additionally, Plaintiff's request for appointment of counsel is **DENIED**.

SO ORDERED this 26th day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA